# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANTHONY RICHARD IVEY, JR.** and
**CHEVONDA IVEY,**

       **Plaintiffs,**

v.                                         Case No:   6:20-cv-287-Orl-37LRH

**CITY OF WEST MELBOURNE,**
**WILLIAM HICKS and JOSEPH**
**LAROSA,**

       **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANTS CITY OF WEST MELBOURNE, WILLIAM HICKS, AND JOSEPH LaROSA'S MOTION TO STRIKE COUNTS VII & VIII OF THE SECOND AMENDED COMPLAINT (Doc. No. 46)
>
> **FILED:** June 17, 2020
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion fails to comply with Local Rule 3.01(g).  Defendants may renew the motion, if appropriate, on or before June 26, 2020.

- 2 -

**DONE** and **ORDERED** in Orlando, Florida on June 19, 2020.

*/s/ Leslie R. Hoffman*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties